IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRESTON L. PHILLIPS,

    Petitioner,        No. 2: 08-cv-2120 FCD KJN P

    vs.

WARDEN ROBERT HOREL,

    Respondent.       ORDER TO SHOW CAUSE

_____/

    Petitioner is a state prisoner proceeding without counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C § 2254.  The court has been informed by the California Department of Corrections and Rehabilitation ("CDCR") that petitioner has been released on parole.  Petitioner has not filed a notice of change of address reflecting his new address following his release on parole.

    Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, petitioner shall show cause for his failure to file a notice of change of address; failure to comply with this order will result in a recommendation of dismissal of this action.

DATED:  December 9, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

phil2120.osc

1